TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00465-CR

Felix Salinas, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF KARNES COUNTY, 218TH JUDICIAL DISTRICT

NO. 94-06-00052-CRK, HONORABLE OLIN B. STRAUSS, JUDGE PRESIDING

PER CURIAM

After accepting appellant's guilty plea, the district court found him guilty of aggravated
assault and assessed punishment at imprisonment for ten years, but suspended imposition of sentence and
placed appellant on community supervision. Later, on the State's motion, the court revoked supervision
and imposed sentence.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. Further, we find nothing in the record that might arguably support the appeal.

The order revoking community supervision is affirmed.

Before Justices Powers, Aboussie and B. A. Smith

Affirmed

Filed: March 12, 1998

Do Not Publish